AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CHESNEY, MAXINE M | U.S. DISTRICT CT./NO. DIST. CA | 05/03/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active - U.S. District Judge | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. District Court <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 02/26/93 | With SF City & Cty. Employees' Retirement System for pension payable monthly until death, based on former employment with SF Dist.Atty. |
| 2. 10/29/05 | With State of California Judges' Retirement System for retirement benefits payable monthly until death, based on former employment as SF Superior Court Judge |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M | 05/03/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | San Francisco City & County Employees' Retirement System - Pension | $ 11,911 |
| 2. 2005 | California Judges' Retirement System - Pension | $ 15,646 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | California Judges' Retirement System - Pension |
| 2. 2005 | Self-employed (arbitration and mediation) |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M | 05/03/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M | 05/03/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Common Stock - Advanced Polymer | | None | J | T | | | | | |
| 2. Common Stock - IBM | | None | | | Sell | 1/7 | M | E | |
| 3. Mutual Fund - RVS CA Tax - Exempt (formerly AXP) | D | Dividend | M | T | | | | | |
| 4. Bond - Calipatria CA Redev Agy | A | Interest | K | T | | | | | |
| 5. Bond - Hawthorne Cal Pkg Auth | A | Interest | | | Redeemed | 9/1 | J | | |
| 6. Bond - Sequoia CA Hospital District | A | Interest | J | T | | | | | |
| 7. Bond - W. Contra Costa County CA | A | Interest | | | Redeemed | 9/29 | J | | |
| 8. Bank Accts. - Wells Fargo | D | Interest | O | T | | | | | |
| 9. Common Stock - Intel | B | Dividend | L | T | Part Sale | 1/6 | L | | |
| 10. Common Stock - Sun Microsystems | | None | K | T | | | | | |
| 11. Common Stock - Cisco Systems | | None | M | T | | | | | |
| 12. Bond - Fremont CA Pub. Fin. Auth. | A | Interest | K | T | | | | | |
| 13. Bond - San Benito Health Care Dist. | A | Interest | J | T | | | | | |
| 14. IRA - Hoefer & Arnett | A | Dividend | K | T | | | | | |
| 15. -Mutual Fund - Franklin Agg. Growth | | | | | Part Sale | 1/26 | K | | |
| 16. | | | | | Sell | 9/7 | K | | |
| 17. -Mutual Fund - ING Int'l Value | | | | | Sell | 1/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M | 05/03/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Common Stock - Amgen | | | | | Buy | 5/10 | J | | |
| 19. -Common Stock - Autozone | | | | | Buy | 6/14 | J | | |
| 20. -Common Stock - Berkshire Hathaway Hldg Co. CL B | | | | | Buy | 11/1 | J | | |
| 21. -Common Stock - KKR Fin'l | | | | | Buy | 11/28 | J | | |
| 22. -Common Stock - American Express | | | | | Buy | 2/7 | J | | |
| 23. -Common Stock - Ameriprise Fin'l | | | | | Buy | 2/7 | J | | |
| 24. -Common Stock - Texas Reg'l Bank Shs | | | | | Buy | 3/2 | J | | |
| 25. | | | | | Sell | 10/31 | J | | |
| 26. Bond - N. Inyo Cnty Cal. Local Hosp. | A | Interest | K | T | | | | | |
| 27. Bond - Folsom Cal. Spl. Tax Comnty Facs. | B | Interest | K | T | | | | | |
| 28. Bond - Cal. Edl. Facs. Rev. | B | Interest | K | T | | | | | |
| 29. Common Stock - Applied Materials | | None | | | Sell | 1/6 | L | | |
| 30. Bond - El Monte Cal. Pub. Fin. | B | Interest | K | T | | | | | |
| 31. Bond - Woodland Cal. Fin. Auth. | B | Interest | K | T | | | | | |
| 32. Bond - Pomona Cal. Redev. Agy Tax Alloc. | A | Interest | J | T | | | | | |
| 33. Common Stock - Walmart Stores | B | Dividend | M | T | | | | | |
| 34. Common Stock - Pfizer | B | Dividend | | | Sell | 11/22 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M | 05/03/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Bond - Placentia CA Redev Agy Hsg | A | Interest | K | T | | | | | |
| 36. Bond - LaMirada CA Redev Agy | A | Interest | J | T | | | | | |
| 37. Bond - Stockton CA Commty Facs | A | Interest | | | Redeemed | 8/2 | K | A | |
| 38. Bond - Montclair CA Redev Agy | A | Interest | J | T | | | | | |
| 39. Mutual Fund - Nuveen CA Dvd Adv Muni | B | Dividend | K | T | | | | | |
| 40. Money Market Fund - M.L. Stern CA Tax Free | A | Interest | | | Closed | 12/19 | J | | |
| 41. Bond - Golden State CA Redev Agy | A | Interest | J | T | | | | | |
| 42. Bond - Cudahy CA Redev Agy | A | Interest | K | T | | | | | |
| 43. Bond - Kern Vy Healthcard Dist CA | A | Interest | K | T | | | | | |
| 44. Bond - Bell Comnty Redev Agy CA Tax | A | Interest | J | T | | | | | |
| 45. Bond - Muroc CA Jt Unif Sch Dist | A | Interest | J | T | | | | | |
| 46. Common Stock - Abbot Labs | B | Dividend | L | T | | | | | |
| 47. Common Stock - Home Depot | C | Dividend | N | T | | | | | |
| 48. Common Stock - Microsoft | B | Dividend | M | T | | | | | |
| 49. Bond - CA Edl Facs | A | Interest | J | T | | | | | |
| 50. Bond - Woodland CA Commty Facs | A | Interest | J | T | | | | | |
| 51. Bond - Yuba City CA Redev Agy | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M | 05/03/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Common Stock - Autozone | | None | L | T | Buy | 3/16 | K | | |
| 53. Common Stock - Reading Int'l | | None | L | T | | | | | |
| 54. Money Market Fund - Hoefer & Arnett - General Mny Mkt | B | Dividend | M | T | | | | | |
| 55. Common Stock - Washington Mutual | D | Dividend | | | Sell | 10/17 | M | | |
| 56. U.S. Treasury Securities | D | Interest | O | T | | | | | |
| 57. Common Stock - American Express | A | Dividend | M | T | Buy | 2/7 | M | | |
| 58. | | | | | Buy | 8/30 | J | | |
| 59. Common Stock - Ameriprise Fin'l | A | Dividend | K | T | Buy | 2/7 | K | | |
| 60. | | | | | Buy | 8/30 | J | | |
| 61. Common Stock - Amgen | | None | M | T | Buy | 5/10 | L | | |
| 62. | | | | | Buy | 5/16 | K | | |
| 63. Common Stock - Berkshire Hathaway CL A | | None | L | T | Buy | 11/1 | L | | |
| 64. Common Stock - KKR Fin'l | | None | L | T | Buy | 11/28 | L | | |
| 65. Common Stock - West America Bank | A | Dividend | L | T | Buy | 2/17 | L | | |
| 66. Bond - Plumas CA Elem Sch Dist | | None | J | T | Buy | 10/13 | J | | |
| 67. Bond - Riverside Cnty CA CTFS Partn | | None | K | T | Buy | 12/14 | K | | |
| 68. Bond - Valley Sanitary Dist CA | | None | J | T | Buy | 8/10 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M | 05/03/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____     Date____ 5/8/06 ____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544